# United States District Court

## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **THE ROYAL PROMOTION GROUP, INC.,** | : | CIVIL ACTION |
| Plaintiff, | : | Case No. 08-CV-05541 |
| -against- | : | **RULE 7.1 STATEMENT** |
| **10MINMANICURE LLC,** | : | |
| Defendant. | : | |

-----------------------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF THE UNITED STATES DISTRICT COURT AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR PLAINTIFF, AN INDIVIDUAL AND PRIVATE PARTY, CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY HELD.

**NONE**

DATED:   Mineola, New York
         June 18, 2008

Respectfully submitted,

s/_____
Michael L. Shanker (MLS-2138) for
**SHANKER LAW GROUP**
— ATTORNEYS-&-COUNSELLORS —
*Attorneys for Plaintiff*
*Office & P.O. Address*
101 Front Street
Mineola, New York 11501-4402
*Tel.* 516.741.4000
Our File Number: 1154/068