# RETURN OF SERVICE

| | | |
|---|---|---|
| **State of New York** | **County of New York** | **District Court** |

Index Number: 08-CV-5541
Date Filed: _____

Plaintiff:
**THE ROYAL PROMOTION GROUP, INC.,**

vs.

Defendant:
**10 MINMANICURE LLC**

For:
Michael Shanker
SHANKER LAW GROUP.,
101 Front Street
Mineola, NY 11501

Received by Caplan, Caplan and Caplan on the 23rd day of June, 2008 at 2:12 pm to be served on **10MINMANICURE LLC, 20185 B NE 16TH PLACE, MIAMI, FL 33179**.

I, Danny Mendez, do hereby affirm that on the **24th day of June, 2008** at **9:15 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **SAL MONTEROSSO** as **OFFICE MANAGER** for **10MINMANICURE LLC**, at the address of: **20185 B NE 16TH PLACE, MIAMI, FL 33179**, and informed said person of the contents therein, in compliance with F.S. 48.091.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in the county in which this defendant/witness was served and have no interest in the above action persuant to fs 92.525(2), no notary is required.

Danny Mendez
1265

Caplan, Caplan and Caplan
172 West Flagler St., #320
Miami, FL 33130
(305) 374-3426

Our Job Serial Number: 2008048948

Service Fee: _____

# RETURN OF SERVICE

| State of New York | County of New York | District Court |

Index Number: 08-CV-5541
Date Filed: _____

Plaintiff:
**THE ROYAL PROMOTION GROUP, INC.,**

vs.

Defendant:
**10 MINMANICURE LLC**

For:
Michael Shanker
SHANKER LAW GROUP.,
101 Front Street
Mineola, NY  11501

Received by Caplan, Caplan and Caplan on the 23rd day of June, 2008 at 2:12 pm to be served on **10MINMANICURE LLC, 20185 B NE 16TH PLACE, MIAMI, FL 33179**.

I, Danny Mendez, do hereby affirm that on the **24th day of June, 2008** at **9:15 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **SAL MONTEROSSO** as **OFFICE MANAGER** for **10MINMANICURE LLC**, at the address of: **20185 B NE 16TH PLACE, MIAMI, FL 33179**, and informed said person of the contents therein, in compliance with F.S. 48.091.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in the county in which this defendant/witness was served and have no interest in the above action persuant to fs 92.525(2), no notary is required.

**Danny Mendez**
1265

**Caplan, Caplan and Caplan**
172 West Flagler St., #320
Miami, FL  33130
(305) 374-3426

Our Job Serial Number: 2008048948

Service Fee: _____

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2u

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

THE ROYAL PROMOTION GROUP, INC.,

    Plaintiff,

-against-

10MINMANICURE LLC,

    Defendant.

CIVIL ACTION
Case No. 08 CV 5541

**SUMMONS IN A CIVIL CASE**

JUDGE MARRERO

TO:    10MINMANICURE LLC
20185 B NE 16TH PLACE
MIAMI, FLORIDA 33179

REC'D
SERVED Sal Monterosso — office manager
DATE 6-24-08
TIME 9:15 AM
P.S.

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

**SHANKER LAW GROUP**
— ATTORNEYS & COUNSELLORS —
101 Front Street
Mineola, New York 11501-4402
*Tel.* 516.741.4000

an answer to the complaint which is herewith served upon you, within TWENTY (20) days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*Catherine Lapsley*

(BY) DEPUTY CLERK

JUN 19 2008

DATE