# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **THE ROYAL PROMOTION GROUP, INC.,** | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | Case No. 08-CV-05541 (VM) |
| | : | |
| -against- | : | |
| | : | |
| **10MINMANICURE LLC,** | : | |
| | : | |
| Defendant. | : | |
| ---------------------------------------------------------------X | | |

## ANSWER TO COUNTERCLAIM

COMES NOW Plaintiff **THE ROYAL PROMOTION GROUP, INC.** ("RPG") as and for its answer to the counterclaim of Defendant **10MINMANICURE LLC** ("10MIN") alleges and states upon information and belief as follows:

1) Admits the allegations contained in paragraph 12 of Defendant's answer and counterclaim.

2) Denies the allegations contained in paragraph 13 of Defendant's answer and counterclaim except admits that certain agreements between the parties were entered into, but refers all questions of law to the trial court for its interpretation and consideration.

3) Denies the allegations contained in paragraph 14 of Defendant's answer and counterclaim except admits that certain agreements between the parties were entered into, but refers all questions of law to the trial court for its interpretation and consideration.

**WHEREFORE** Plaintiff RPG respectfully requests that this Court issue an Order:

      a.    dismissing Defendant's answer in its entirety including dismissal of defendant's affirmative defenses and counterclaim;

      b.    granting Plaintiff RPG the relief requested in the Complaint;

      c.    all together with such other, different and further relief as to this Court may seem just and proper.

DATED:    Mineola, New York
             August 20, 2008

Respectfully submitted,

/ s / Michael L. Shanker (MLS-2138) for

**SHANKER LAW GROUP**
—ATTORNEYS·&·COUNSELLORS—

*Attorneys for Plaintiff*
*Office & P.O. Address*
101 Front Street
Mineola, New York 11501-4402
*Tel.* 516.741.4000
Our File Number: 1154/068

TO:    HELLER, HOROWITZ & FEIT, P.C.
        *Attorneys for Defendant*
        *Office & P.O. Address*
        292 Madison Avenue
        New York, New York 10017
        *Tel.* 212.685.7600